## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RYAN BECK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 22-136-SMY** |
| | ) | |
| **DENNIS LARSON, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER DISMISSING CASE

**YANDLE, District Judge:**

On March 8, 2022, Plaintiff was ordered to file a legible Complaint that complies with FRCP 10(b) and Local Rule 5.1(b) on or before March 22, 2022 (Doc. 14).  Plaintiff was also ordered to pay the initial partial filing fee of **$74.16** and pay the remaining balance of the $350.00 filing fee (**$275.84**) or file an updated motion to proceed IFP with regard to the balance on or before March 22, 2022.  *Id*.  Plaintiff was warned that failure to comply with the Court's Order would result in dismissal of this case.  To date, Plaintiff has only paid $3.30 toward the $350.00 filing fee.  Plaintiff has not filed an updated motion to proceed IFP or a legible complaint in accordance with the Court's Order.  Accordingly, this action is **DISMISSED** without prejudice for want of prosecution and failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

IT IS SO ORDERED.

DATED:  March 31, 2022

s/ STACI M. YANDLE
**United States District Judge**